UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

A.S.,

        Plaintiff,

v.

OCEAN COUNTY FIRE ACADEMY, et al.,

        Defendants.

Civil Action No. 19-11306 (MAS) (TJB)

**MEMORANDUM ORDER**

This matter comes before the Court upon its review of Defendants Ocean County Fire Academy, Ocean County Board of Chosen Freeholders, and Ocean County Fire and First Aid Training Center's (collectively, "Defendants") Summary Judgment Motion (ECF No. 29) and Plaintiff A.S.'s ("Plaintiff") opposition (ECF No. 34). Plaintiff also filed correspondence requesting that Defendants' Summary Judgment Motion be stayed under Federal Rule of Civil Procedure 56(d). (ECF No. 31.) Defendants opposed by correspondence (ECF No. 32), and Plaintiff replied (ECF No. 33).

Local Civil Rule 56.1(a) provides, in relevant part, that:

> The opponent of summary judgment shall furnish, with its opposition papers, a responsive statement of material facts, addressing each paragraph of the movant's statement, indicating agreement or disagreement and, if not agreed, stating each material fact in dispute and citing to the affidavits and other documents submitted in connection with the motion . . . . Each statement of material facts shall be a separate document (not part of a brief) and shall not contain legal argument or conclusions of law.

L. Civ. R. 56.1(a). Here, Plaintiff's opposition to Defendants' Summary Judgment Motion failed to comply with Local Civil Rule 56.1(a).

Federal Rule of Civil Procedure 56 provides that a court may defer consideration of a summary judgment motion if a nonmovant "shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition." Fed. R. Civ. P. 56(d). Here, Plaintiff submitted correspondence, but no supporting affidavit or declaration supporting her position. Based on the Court's inherent authority to control the matters on its docket, and in the interest of judicial efficiency, the Court finds good cause to permit Plaintiff to submit an affidavit or declaration in compliance with Rule 56(d).

Based on the foregoing, and for other good cause shown,

**IT IS** on this 10th day of October 2019, **ORDERED** that:

1. Plaintiff, by **October 21, 2019**, may submit affidavit(s) and/or declaration(s) in compliance with Federal Rules of Civil Procedure 56(c)(4) and 56(d).

2. Defendants' Summary Judgment Motion (ECF No. 29) is administratively terminated without prejudice pending the Court's consideration of Plaintiff's submission(s). Following review and consideration of Plaintiff's submission(s), the Court will issue an appropriate form of order.

s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**