**Alexi T. Poulianos, Esq**.
Partner

**Direct Dial/Fax/Text**
516.329.9409

**Email:**
apoulianos@GerberCiano.com



GERBER CIANO KELLY BRADY LLP

**US Mail:**
228 Park Avenue South,
Suite 97572
New York, NY 10003-1502

**Visit Us/FedEx/UPS:**
1325 Garden Plaza
Suite 500
Garden City, NY 11530

March 12, 2021

**VIA ECF:**
Hon. District Judge Michael A. Shipp
Hon. Magistrate Judge Douglas E. Arpert
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 6W
Trenton, New Jersey 08608

      **RE:**    **A.S. v. Ocean County Fire Academy, et al.**
                **Docket No.: 3:19-CV-11306-MAS-DEA**
                **Our File No.: 1162.0018**

Your Honors:

      We represent Defendant, John Syers, Jr. (hereinafter "Syers") in the above referenced action. We write the Court pursuant to Local Rule 41.1(b) to provide notice that this matter has been settled with respect to all claims and counterclaims between Plaintiff and Syers.

      Defendant respectfully requests that the Court issue a 60-day order administratively terminating the case as to Syers only as well as his pending motion for a stay (ECF Doc. No. 57). Upon entry of an administrative order by the Court, Defendant will file a stipulation of dismissal within 60 days to dismiss this action, with prejudice, as to Syers only.

      Thank you for allowing us to address the Court in this matter. Please do not hesitate to contact the undersigned if the Court should require anything further.

Respectfully submitted,

*Alexi T. Poulianos*

Alexi T. Poulianos, Esq.

March 12, 2021
**2 |** P a g e

---

CC: **Via ECF**:
fuggistaff@fuggilaw.com
FUGGI LAW FIRM PC
*Attorneys for Plaintiff*
47 Main Street
P.O. Box 1808
Toms River, NJ 08753

**Via ECF**:
mjlidaka@bskb-law.com
Mary Jane Lidaka, Esq.
Berry Sahradnik Kotzas & Benson
*Attorneys for Ocean County Co-Defendants*
212 Hooper Avenue
P.O. Box 757
Toms River, New Jersey 08754

**Via ECF**:
rlomurro@lomurrofirm.com
Richard Lomurro, Esq.
*Co-counsel for Defendant John Syers, Jr.*
Monmouth Executive Center
4 Paragon Way, Suite 100
Freehold, New Jersey 07728